In the Matter of STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANIES, Appellant, v WILLIAM JACKSON, JR., Respondent. (Appeal No. 1.) [784 NYS2d 410]—Appeal from an order of the Supreme Court, Erie County (Joseph R. Glownia, J.), entered August 25, 2003. The order directed that the matter be tried before the court as the trier of fact.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as in *Matter of State Farm Mut. Auto. Ins. Cos. v Jackson* (12 AD3d 1142 [2004]). Present—Green, J.P., Scudder, Gorski, Martoche and Hayes, JJ.